USDC- BALTIMORE
'23 JAN 26 PM3:18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lynette Cooper

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

HABC "see attached"

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
               *(check one)*

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                          Lynette Cooper
Street Address          305 W. Fayette Street, apt T507
City and County       Baltimore
State and Zip Code    Maryland   21201
Telephone Number    443-415-1788
E-mail Address

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                          Janet Abrahams
Job or Title               President / CEO
(if known)
Street Address          417 E. Fayette Street
City and County       Baltimore
State and Zip Code    Maryland   21201
Telephone Number
E-mail Address
(if known)

Defendant No. 2

    Name                   Corliss Alston

    Job or Title           SVP
    (if known)

    Street Address       1225 W. Pratt Street

    City and County      Baltimore

    State and Zip Code   Maryland   21223

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 3

    Name                   Mr. Timmins

    Job or Title           Inspection Supervisor
    (if known)

    Street Address       1225 W. Pratt Street

    City and County      Baltimore

    State and Zip Code   Maryland   21223

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name                   Melissa White

    Job or Title           Inspection
    (if known)

    Street Address       1225 W. Pratt Street

    City and County      Baltimore

    State and Zip Code   Maryland   21223

    Telephone Number

    E-mail Address
    (if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

Defendant No. 5
Mr. Loher
Inspection Supervisor
1225 W. Pratt Street
Baltimore
Maryland 21223

Defendant No. 6
Rarslen Lyons
Supervisor
1225 W. Pratt Street
Baltimore
Maryland 21223

Defendant No. 7   Mr. Renee' Frazier
Male-Assistant to Corliss Alston
1225 W. Pratt Street
Baltimore
Maryland 21223

Defendant No. 8
Erin Holley
1225 W. Pratt Street
Baltimore
Maryland 21223

Defendant No. 9
Christine Westhook
1225 W. Pratt Street
Baltimore
Maryland 21223

Defendant No. 10  Tiffany White
1225 W. Pratt Street
Baltimore
Maryland  21223

Defendant No. 11  Eric Turner

1225 W. Pratt Street
Baltimore
Maryland  21223

Defendant No. 12
Ms. K. Clark
1225 W. Pratt Street
Baltimore
Maryland  21223

Defendant No. 13
Tomika Webb
1225 W. Fayette Street
Baltimore
Maryland  21223

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

Fair Housing Act (the Act) [42 U.S.C. 3601, et seg.]
3604, 3610, 3613, 3617

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Lynette Cooper , is a citizen of
the State of *(name)* Maryland .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

4

2.      The Defendant(s)

    a.      If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

    b.      If the defendant is a corporation

        The defendant, *(name)* ___HABC_____, is
incorporated under the laws of the State of *(name)*
___Maryland_____, and has its principal place of
business in the State of *(name)* ___Maryland_____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

$10,000,000.00 ; HABC violated my rights, continueing harass-
ment; coercion while in office; hindrance; intimidation; causing
personal/bodily harm. the uncertainty of my health, due to HABC behaviers.

Janet Abrahams
Maryland
Maryland

Corliss Alston
Maryland
Maryland

Mr. Timmins
Maryland
Maryland

Melissa White
Maryland
Maryland

Mr. Loher
Maryland
Maryland

Rarsten Lyons
Maryland
Maryland

Renee Frazier
Maryland
Maryland

Erin Holley
Maryland
Maryland

Christine Westhook
Maryland
Maryland

Tiffany White
Maryland
Maryland

Eric Turner
Maryland
Maryland

Ms. K. Clark
Maryland
Maryland

Tomika Webb
Maryland
Maryland

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See Attach

**IV.** **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

see Attach

Infuntive Relief in the amount of 6 million dollars. It is important to severe the relationship with HABC. Too much physo logically, Emotion and most importantly physical harm has and continues to effect me.

Everything must be Replaced (meaning all my furniture, clothing needs to be destroyed, due to the environment at the Metropolitan Apts. I can't disturb these items, to do so will make me iller. I have a 6 medication Regimen taking place as is. I need $10,000.00, to Relocate.

To Resolve this matter is already too late. I don't want anything to do with HABC. That I can use housing voucher, life time voucher. Is useless to me. My life and sanity is far more important to me.

I want HABC, to STAY AWAY FROM ME.

Period.

7.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _January 20_, 20_23_.

Signature of Plaintiff _____Lynette Cooper_____

Printed Name of Plaintiff _____Lynette Cooper_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____